IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| A. HENDERSON, | : | Civil No. 1:18-cv-0982 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **ATTORNEY GENERAL OF PA,** *et al.*, | : | |
| | : | |
| | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

Before the court for disposition is Chief Magistrate Judge Schwab's report and recommendation (Doc. 41), which recommends that Plaintiff's complaint (Doc. 1) be dismissed for failure to state a claim[1] and that the case be closed. Objections to the report and recommendation were due on October 1, 2018, but no such objections have been filed.[2]

In considering whether to adopt the report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*,

---

[1] Plaintiff was previously granted leave to file an amended complaint, but he failed to do so. (*See* Doc. 28.)

[2] Plaintiff has, however, filed two documents in the interim, a request for subpoenas (Doc. 42) and a letter to the Clerk of Court regarding his inmate account (Doc. 44). Neither document is relevant to the instant matter.

702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error).

Following an independent review of the record, the court is satisfied that the report and recommendation contains no clear error, and will therefore adopt the report recommendation. Accordingly, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation is **ADOPTED**.

2) Plaintiff's complaint (Doc. 1) is **DISMISSED** with prejudice for failure to state a claim.

3) The Clerk of Court is directed to close this file.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: October 30, 2018